IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:

SUBTLE ELEGANCE, LLC

DEBTOR.

CASE NO: 10-76360-WLH

CHAPTER 11

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

**1.**

Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I, GRADY A. ROBERTS, certify that I am the attorney for the above-named debtor and that I, nor Roberts Law, LLC received any compensation for services rendered in connection with the bankruptcy.

**2.**

I agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor in this bankruptcy proceedings.

This 26th day of August, 2010.

Respectfully submitted,

GRADY A. ROBERTS
Georgia Bar No: 609540
Attorney for Debtor

**ROBERTS LAW, LLC**
191 Peachtree Street, NE, Suite 3300
Atlanta, Georgia 30303
Phone: (404) 794-7000
Facsimile: (404) 794-7001

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO: 10-76360-WLH |
| SUBTLE ELEGANCE, LLC ) | |
| ) | CHAPTER 11 |
| DEBTOR. ) | |
| ) | |

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the *DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR* was sent by First Class United States Mail to the following parties in interest:

| | |
|---|---|
| Lawrence R. Landry<br>6000 Lake Forest Drive, NW, Suite 325<br>Atlanta, Georgia 30328 | Silver Hill Financing, LLC<br>4425 Ponce De Leon Blvd.<br>Coral Gables, Florida 33146 |
| Bayview Loan Servicing<br>P.O. Box 3042<br>Milwaukee, Wisconsin 53201-3042 | Vivieon E. Kelley<br>U.S. Department of Justice<br>Office of the U.S. Trustee<br>362 Richard B. Russell Building<br>75 Spring Street, SW<br>Atlanta, Georgia 30303 |
| Jason L. Pettie<br>One Decatur Town Center<br>150 E. Ponce De Leon Avenue, Suite 190<br>Decatur, Georgia 30030 | |

This 27th day of August, 2010.

GRADY A. ROBERTS
Georgia Bar No.: 609540
Attorney for Debtor

**ROBERTS LAW, LLC**
191 Peachtree Street, NE, Suite 3300
Atlanta, Georgia 30303
Phone: (404) 794-7000
Facsimile: (404) 794-7001